# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-62 JVB |
| MARVEL D. MALONE | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge on a plea of guilty by Defendant Marvel D. Malone (DE 23) filed on August 3, 2016. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Marvel D. Malone, and **FINDS** the Defendant guilty of the offenses charged in Courts 1 through 5 of the Indictment.

SO ORDERED on August 22, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge